United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 7, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-11196
Summary Calendar
_____

ELLEN M. ORTIZ,

                                    Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:99-CV-212
--------------------

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Ellen M. Ortiz appeals the district court's judgment affirming the denial of her application for disability insurance benefits and supplemental security income. Ortiz contends that she is entitled to relief because (1) the Administrative Law Judge (ALJ) should have found her disabled under § 1.05 of the Listing of Impairments, 20 C.F.R. Pt. 404, Subpt. P., App. 1; (2) the vocational expert (VE) committed perjury at her 1998

------

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

administrative hearing; (3) the ALJ's hypothetical question to the VE did not include all of her proven impairments; and (4) the VE failed to identify a significant number of jobs in the economy which she could perform.

We AFFIRM, essentially for the reasons stated in the magistrate judge's report, which the district court adopted. See Ortiz v. Barnhart, No. 2:99-CV-0212 (N.D. Tex. Aug. 20, 2002).

AFFIRMED.